

# IN THE
# TENTH COURT OF APPEALS

### No. 10-10-00396-CV

**COMMISSION FOR LAWYER DISCIPLINE,**

                                                        **Appellant**

 **v.**

**TODD ROWLAND PHILLIPPI,**

                                                        **Appellee**

---

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 80858

---

## MEMORANDUM OPINION

---

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

It states that Appellant no longer wishes to purse this appeal.  Dismissal of this appeal

would not prevent a party from seeking relief to which it would otherwise be entitled.

The motion is granted, and the appeal is dismissed.

                                        REX D. DAVIS
                                        Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Motion granted; appeal dismissed
Opinion delivered and filed December 15, 2010
[CV06]